IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02098-WJM-BNB

DAKOTA RIDGE VILLAGE, LLC, and
MICHAEL MARKEL,

Plaintiffs,

v.

NATIONAL FIRE AND MARINE INSURANCE COMPANY, and
THE DAKOTA RIDGE VILLAGE CONDOMINIUM ASSOCIATION, INC.,

Defendants.
_____

**ORDER**
_____

I am informed that this matter has been resolved.  See Notification of Settlement [Doc. # 35, filed 9/30/2011].

IT IS ORDERED:

(1)     The Scheduling Conference set for October 3, 2011, at 2:00 p.m., and related deadlines are VACATED; and

(2)     The parties shall file, on or before **October 14, 2011**, a motion or stipulation to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated September 30, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge