**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cv-02098-WJM-BNB

DAKOTA RIDGE VILLAGE, LLC,
MICHAEL MARKEL,

    Plaintiffs,

v.

NATIONAL FIRE AND MARINE INSURANCE COMPANY,
THE DAKOTA RIDGE VILLAGE CONDOMINIUM ASSOCIATION, INC.

    Defendants.
_____

ORDER GRANTING STIPULATED MOTION TO DISMISS
_____

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss with Prejudice, filed November 10, 2011 (ECF No. 39). The Court being fully advised hereby ORDERS as follows:

The parties Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay its or his own attorney's fees and costs.

Dated this 10th day of November, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge